**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LAMONTE R. YOUNG, SR., ) | |
| ) | Case No.: 3:22-cv-229-JPG |
| Plaintiff, ) | |
| ) | Judge John Phil Gilbert |
| v. ) | |
| ) | |
| PROGRESSIVE TREATMENT SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2022, I caused the foregoing document, *Plaintiff's Rule 26(a)(1) Disclosures*, to be served upon the following via email:

Yara Mroueh
Michael Wilder
Littler Mendelson, P.C.
321 N. Clark St., Ste. 1100
Chicago, IL 60654
MWilder@littler.com
YMroueg@littler.com
*Counsel for Defendant*

                                                By:   /s/ Katherine P. Decker
                                                      Katherine P. Decker
                                                      Gordon Rees Scully Mansukhani, LLP
                                                      One North Franklin, Suite 800
                                                      Chicago, Illinois 60606
                                                      kdecker@grsm.com
                                                      *Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LAMONTE R. YOUNG, SR., <br><br>    Plaintiff, <br><br>v. <br><br>PROGRESSIVE TREATMENT SOLUTIONS, LLC, <br><br>    Defendant. | ) <br> )   Case No.: 3:22-cv-229-JPG <br> ) <br> )   Judge John Phil Gilbert <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2022, I caused the foregoing document, *Plaintiff's First Set of Interrogatories to Defendant*, to be served upon the following via email:

Yara Mroueh
Michael Wilder
Littler Mendelson, P.C.
321 N. Clark St., Ste. 1100
Chicago, IL 60654
MWilder@littler.com
YMroueg@littler.com
*Counsel for Defendant*

          By:  /s/ Katherine P. Decker
                Katherine P. Decker
                Gordon Rees Scully Mansukhani, LLP
                One North Franklin, Suite 800
                Chicago, Illinois 60606
                kdecker@grsm.com
                *Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAMONTE R. YOUNG, SR., | ) |
| Plaintiff, | ) Case No.: 3:22-cv-229-JPG |
| v. | ) Judge John Phil Gilbert |
| PROGRESSIVE TREATMENT SOLUTIONS, LLC, | ) |
| Defendant. | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2022, I caused the foregoing document, *Plaintiff's First Set of Requests for Production of Documents to Defendant*, to be served upon the following via email:

Yara Mroueh
Michael Wilder
Littler Mendelson, P.C.
321 N. Clark St., Ste. 1100
Chicago, IL 60654
MWilder@littler.com
YMroueg@littler.com
*Counsel for Defendant*

By: /s/ Katherine P. Decker
Katherine P. Decker
Gordon Rees Scully Mansukhani, LLP
One North Franklin, Suite 800
Chicago, Illinois 60606
kdecker@grsm.com
*Attorneys for Plaintiff*