IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LAMONTE R. YOUNG, SR.,

    Plaintiff,

    v.

PROGRESSIVE TREATMENT
    SOLUTIONS, LLC,

    Defendant.

Case No. 22-cv-229-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Lamonte R. Young, Sr. ("Plaintiff") Motion for Leave to File Second Amended Complaint (Doc. 32). Plaintiff wishes to amend his complaint to add his Ilinois Human Rights Act Claims because he recently received a notice of dismissal from the Illinois Department of Human Rights relating to the Charge of Discrimination filed against this defendant." In general, "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). "There is a presumption that a plaintiff should have an opportunity to test a claim on the merits," *Lee v. N.E. Ill. Reg'l Commuter R.R. Corp.*, 912 F.3d 1049, 1052 (7th Cir. 2019), so "the court should freely give leave when justice so requires," Fed. R. Civ. P. 15(a)(2).  Finding that defendant has not objected to this motion within the 14-day response period and finding allowing this claim to be added is in the interest of justice, the Court GRANTS Plaintiffs' Motion for Leave to File an Amended Complaint (Doc. 32). Plaintiffs are ORDERED to file its Amended Complaint within 7 days entry of this Order.

**IT IS SO ORDERED.**
**Dated: August 25, 2022**

                                                            /s/ J. Phil Gilbert
                                                            **J. PHIL GILBERT**
                                                            **DISTRICT JUDGE**