UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LAMONTE R. YOUNG SR.,

      Plaintiff,

           v.

PROGRESSIVE TREATMENT
SOLUTIONS,

      Defendant.

Case No. 3:22-cv-00229-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Lamonte R. Young Sr. ("Plaintiff") and Plaintiff's counsel requests to terminate and withdraw from this case (Docs. 43, 44). On March 7, 2022, this Court assigned attorney J. Hayes Ryan of Gordon & Rees LLP to represent Plaintiff in this matter, which is a case in this Court based on employment discrimination. (Doc. 11). In that order assigning attorney Ryan, this Court told Plaintiff that "[i]f counsel is allowed to withdraw at the request of Plaintiff, there is no guarantee the Court will appoint other counsel to represent Plaintiff."). (Doc. 11). Because the Court allowed associates who are admitted to practice in this district to enter their appearances, attorneys Jessica Petrovski and Katherine Decker from Gordan & Rees LLP also entered their appearance on behalf of Plaintiff.

Plaintiff's motion details a breakdown in the relationship with his attorney Mr. Ryan, as well as disagreements related to the substance of this case. Attorney Ryan's motion indicates that he will not expand upon Plaintiff's motion based on attorney-client privilege but requests to withdraw based on Plaintiff's request. Based on "good cause" shown the Court **GRANTS** both motions (Docs. 43, 44). Plaintiff shall proceed *pro se* in this case. The Court **DIRECTS** the Clerk of the Court to **TERMINATE** J. Hayes Ryan, Jessica Petrovski, and Katherine Decker from the

law firm Gordon & Rees LLP.

**IT IS SO ORDERED.**
**Dated: January 18, 2023**

                                        **/s/  J. Phil Gilbert**
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**