IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LAMONTE R. YOUNG, SR.,

   Plaintiff,

     v.

PROGRESSIVE TREATMENT
    SOLUTIONS, LLC,

   Defendant.

Case No. 22-cv-229-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision on the motion for summary judgment for defendant Progressive Treatment Solutions, LLC,

**IT IS HEREBY ORDERED AND ADJUDGED** that Lamonte R. Young, Sr.'s Complaint is dismissed with prejudice and without costs.

**DATED:** April 24, 2023       MONICA A. STUMP, Clerk of Court
                                           s/Tina Gray, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**